UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 05-462M |
| v. ) | |
| ) | |
| JOHN TYRONE GUEST, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |

Offenses charged:

    Count 1: Discharge of a firearm during and in relation to a drug-trafficking crime in violation of U.S.C. § 924(C)(1)(a)(iii).

    Count 2. Felon in possession of a firearm, armed career criminal, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

Date of Detention Hearing:   October 5, 2005.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    The Pretrial Services Report reflects that defendant has previous multiple assault arrests.

    (2)    A criminal background records check shows that defendant has failed to appear

before a court as required on several occasions.

    (3)    Defendants contacts with the Western District of Washington are minimal.

    (4)    Defendant is facing a potential 25-year minimum sentence if convicted.

    (5)    Defendant is associated with one alias name, three dates of birth, and two social security numbers.

    (6)    Because of defendant's criminal history and nature of the current charge, there appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings and that will address the danger to other persons or the community.

IT IS THEREFORE ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3)    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of October, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge