Judge Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO.   CR05-0389P |
| | ) | |
| v. | ) | ORDER GRANTING THE DEFENSE REQUEST TO CONTINUE THE TRIAL DATE |
| | ) | |
| JOHN TYRONE GUEST, | ) | |
| Defendant. | ) | |

THE COURT having considered the defendant's request to continue the trial date and his agreement to extend the time for trial by signing a speedy trial waiver in open court, as well as the records and files herein, hereby makes the following findings of fact:

1.   That the defendant was permitted to discharge Michael Bejarano (counsel for the defendant up until January 13, 2006) and allowed Peter Mazzone to take over as his counsel in this matter.

2.   The Court finds that a failure to grant a continuance of the current trial date (January 30, 2006) would deny Peter Mazzone, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

3.   The Court further finds that the ends of justice will be served by ordering a continuance in this case and that a continuance is necessary to insure effective trial preparation and that these factors outweigh the bests interests of the public in a more

ORDER GRANTING THE DEFENSE REQUEST
TO CONTINUE THE TRIAL DATE
CR05-0389MJP - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from January 30, 2006, to May 22, 2006. The deadline for the defense to file any additional pretrial motions is March 3, 2006.

IT IS FURTHER ORDERED that the period of time from January 30, 2006, up to and including the new proposed trial date of May 22, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161, *et. seq*.

DONE this 18th day of January, 2006.

/S/Marsha J. Pechman
MARSHA J. PECHMAN
United States District Court Judge

Presented by:

s/ *C. Andrew Colasurdo*
C. ANDREW COLASURDO
Special Assistant United States Attorney
WA Bar #27449
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-4075
Fax:        (206) 553-0755
E-mail: Andy.Colasurdo@usdoj.gov

s/ Peter Mazzone (per telephonic approval)
PETER MAZZONE
Attorney for John Guest

ORDER GRANTING THE DEFENSE REQUEST
TO CONTINUE THE TRIAL DATE
CR05-0389MJP - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING THE DEFENSE REQUEST
TO CONTINUE THE TRIAL DATE
CR05-0389MJP - 3